■ LUCY PEREZ, Appellant, v ROBERT HOBLER, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same Memorandum as in *Perez v Rousseau* ([appeal No. 1] 190 AD2d 1040 [decided herewith]). (Appeal from Judgment of Supreme Court, Niagara County, Joslin, J.—Negligence.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ LUCY PEREZ, Appellant, v DIDIER X. ROUSSEAU et al., Respondents. LUCY PEREZ, Appellant, v ROBERT HOBLER, Respondent. (Appeal No. 3.)—Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.